# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10889

_____

BAYTREE, CONDOMINIUM, SECTION EIGHT, INC.,

                              Plaintiff-Appellant,

versus

CLEAR BLUE SPECIALTY INSURANCE COMPANY,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02041-ACC-EJK

_____

ORDER:

| 2 | Order of the Court | 24-10889 |

The motion for an extension of time to and including July 29, 2024 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE